**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Criminal Action No. 96-cr-00388-CMA

UNITED STATES OF AMERICA,

 Plaintiff,

v.

MARY L. OLINGER,

 Defendant.

---

## ORDER EXONERATING BOND

---

 This Court has granted a government motion to voluntarily dismiss the charges against Defendant Mary L. Olinger. As a result, all the conditions of an appearance bond imposed by the court as a pretrial matter to secure Defendant's release, pursuant to 18 U.S.C. § 3142(c), have been satisfied. Accordingly, it is

 ORDERED that the bond in this case is hereby exonerated and the surety or sureties, if applicable, are released. It is further

 ORDERED that the bail funds or property deposited into the registry of the court shall hereby be released by the clerk of the court, or a designated deputy, to the surety or the Defendant.

 DATED at Denver, Colorado, this __29th__ day of January, 2013

        BY THE COURT:

        *[signature]*

        _____
        CHRISTINE M. ARGUELLO
        United States District Judge